IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00247-RJC-DCK

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| MYLES DEANTE HARRIS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 5), the Indictment, (Doc. No. 1), following the defendant's guilty plea to an Information resolving matters in this District and the Southern District of New York.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 5), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: October 2, 2024

Robert J. Conrad, Jr.
United States District Judge